```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 15595
    AKMED B BEY
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

           Debtor
    SSN XXX-XX-9348

-------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 06/18/2008 and was not confirmed.

    The case was dismissed without confirmation 09/24/2008.
-------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
US BANK NATIONAL ASSOC   CURRENT MORTG         .00            .00           .00
US BANK NATIONAL ASSOC   MORTGAGE ARRE         .00            .00           .00
US BANK NATIONAL ASSOC   CURRENT MORTG         .00            .00           .00
US BANK NATIONAL ASSOC   MORTGAGE ARRE         .00            .00           .00
COMMONWEALTH EDISON      UNSECURED        NOT FILED          .00           .00
ADVOCATE TRINITY HOSPITA UNSECURED        NOT FILED          .00           .00
UNIVERSITY RADIOLOGY     UNSECURED        NOT FILED          .00           .00
EVERGREEN MEDICAL SPECIA UNSECURED        NOT FILED          .00           .00
EVERGREEN MEDICAL SPECIA UNSECURED        NOT FILED          .00           .00
RADIOLOGY IMAGING CONSUL UNSECURED        NOT FILED          .00           .00
NICOR GAS                UNSECURED        NOT FILED          .00           .00
MEIJIER STORE            UNSECURED        NOT FILED          .00           .00
MEIJIER STORE            UNSECURED        NOT FILED          .00           .00
SOUTH SHORE EMERG PHYSIC UNSECURED        NOT FILED          .00           .00
SOUTH SHORE EMERG PHYSIC UNSECURED        NOT FILED          .00           .00
US BANK NATIONAL         MORTGAGE NOTI    NOT FILED          .00           .00
US BANK NATIONAL ASSOC   CURRENT MORTG         .00            .00           .00
US BANK NATIONAL ASSOC   MORTGAGE ARRE         .00            .00           .00
BENNIE W FERNANDEZ       DEBTOR ATTY           .00                          .00
TOM VAUGHN               TRUSTEE                                            .00
DEBTOR REFUND            REFUND                                             .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                         ---------------     ---------------
```

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 15595 AKMED B BEY

```
TOTALS                                          .00                      .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 12/22/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```